71 A.3d 915

**BELMONT INVESTORS, Respondent**

v.

**Lisa GOODMAN, Petitioner.**

Supreme Court of Pennsylvania.

July 19, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of July, 2013, the Petition for Stay is hereby DENIED.